**STATE of Missouri, Plaintiff/Respondent,**

v.

**David L. McDERMOTT,
Defendant/Appellant.**

**No. 69172.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 12, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 15, 1996.

Application to Transfer Denied
June 25, 1996.

David L. McDermott, Moberly, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the court's orders denying his "MOTION TO CORRECT CLERICAL MISTAKE IN JUDGMENT TO CONFORM TO STATUTE" and his "MOTION TO VACATE SENTENCE, OR IN THE ALTERNATIVE TO ALLOW PE-

TITIONER TO WITHDRAW GUILTY PLEA." We affirm. Rule 30.25(b).